UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
CENTRAL ISLIP DIVISION  
-----------------------------------------------------------X

IN RE:

    Louis Joseph Paini,

                              Debtor(s).  
-----------------------------------------------------------X

HEARING DATE: August 22, 2019  
HEARING TIME: 9:30 A.M.

CHAPTER 13

CASE NO. 19-73995-REG

Assigned to:  
Hon. Robert E. Grossman

## OBJECTION TO CONFIRMATION OF THE PLAN

    ANDREW GOLDBERG, the undersigned, does hereby affirm to be true, under the penalties of perjury as follows:

    1.    I am an attorney duly admitted to practice in the State of New York and before the United States District Court for the Eastern District of New York. As the attorney for Wells Fargo Bank, N.A. (hereinafter the "Secured Creditor"), I am fully familiar with the facts and circumstances set forth herein. I submit this Affirmation in opposition to the plan submitted by the debtor.

    2.    Secured Creditor is the holder of a first mortgage secured by the debtor's residence located at 31 Milldown Road, Yaphank, NY 11980-9770 with an unpaid principal balance due in the amount of $217,236.35.

    3.    The Plan proposes to pay Secured Creditor less than all arrears due and owing to it according to the Proof of Claim that will be filed herein by the August 12, 2019 bar date. The POC will set forth arrears of approximately $285,992.12. The proposed Plan fails to provide for full payment of these arrears.

4.      Furthermore, the Debtor's Plan indicates that they intend to address the prepetition arrears by participating in this District's Loss Mitigation Program ("loss mitigation"). However, in the event loss mitigation is unsuccessful, Secured Creditor would be entitled to payment of all the pre-petition arrears. Moreover, the Debtor is only paying a total of $88,848.00 to the Trustee over the life of the Plan, thus making the Plan infeasible.

5.      Additionally, the Debtor has failed to file a Motion Requesting to Enter the Loss Mitigation Program, as required by this Court.

6.      Secured Creditor objects to confirmation because the plan is insufficient and infeasible to cure the full pre-petition arrears owed.

7.      Pursuant to §1322(b)(3) and (5) of the Bankruptcy Code, the Chapter 13 plan of reorganization must cure a default owed to a creditor that holds a secured claim within a reasonable period of time. The Plan does not cure the default under the Note held by Secured Creditor. Since the Plan does not cure the default under the Note, Secured Creditor objects to confirmation.

WHEREFORE, Wells Fargo Bank, N.A. rejects the debtor's Plan, as proposed, and respectfully requests that the confirmation of the Chapter 13 Plan be denied, together with such other and further relief against the debtor as this Court deems just and proper.

Dated: Carle Place, New York
       July 2, 2019

                                        STEIN, WIENER & ROTH, L.L.P.

                                        _____
                                        BY: ANDREW GOLDBERG, ESQ. (ag 0403)
                                        Attorneys for Wells Fargo Bank, N.A.
                                        Office & P.O. Address
                                        One Old Country Road, Suite 113
                                        Carle Place, New York 11514
                                        (516) 742-1212

TO: Richard F. Artura, Esq.
Debtor's Attorney
Phillips, Artura & Cox
165 South Wellwood Avenue
Lindenhurst, NY 11757

Michael J. Macco, Esq.
Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749

Louis Joseph Paini
Debtor
31 Milldown Rd.,
Yaphank, NY 11980

Louis Joseph Paini
Debtor
31 Milldown Road
Yaphank, NY 11980-9770

U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION
-----------------------------------------------------------X   CHAPTER 13

IN RE:                                                                          CASE NO. 19-73995-REG

    Louis Joseph Paini,

                          Debtor(s).
-----------------------------------------------------------X

===========================================================================

**OBJECTION TO CONFIRMATION OF THE PLAN**

===========================================================================

                          STEIN, WIENER & ROTH, L.L.P.
                          Attorneys for Wells Fargo Bank, N.A.
                          Office & P.O. Address
                          One Old Country Road, Suite 113
                          Carle Place, New York 11514
                          (516) 742-1212
                          69384/WELLS