UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                          Chapter 13

      Louis Joseph Paini,                                        Case No.: 19-73995-reg

                      Debtor(s).
-------------------------------------------------------X

## AFFIRMATION IN OPPOSITION

      Richard F. Artura, Esq., an attorney duly admitted to practice law before the Courts of the State of New York, affirms the following under the penalty of perjury:

      1.  I am a member of the firm of Phillips, Artura & Cox Esqs., attorneys for debtors, and as such I am fully familiar with the facts and circumstances surrounding the within matter.

      2.  This affirmation is in opposition to the secured creditor's Motion for Relief from the Automatic Stay returnable August 14, 2019 at 9:30 am.

      3.  Debtor has filed a Motion For Loss Mitigation returnable September 11, 2019 at 9:30 am as docket number 24.

      WHEREFORE, debtor respectfully requests that the secured creditor's motion for relief from the automatic stay be adjourned until a determination on the loss mitigation has been made and for such other and further relief as this Court deems just and proper.

Dated:  August 7, 2019
        Lindenhurst, New York

                                        S/Richard F. Artura, Esq.
                                        Richard F. Artura, Esq.
                                        Phillips, Artura & Cox
                                        165 South Wellwood Avenue
                                        Lindenhurst, NY 11757
                                        (631) 226-2100

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re

    Louis Joseph Paini,

Debtor(s).

**CHAPTER 13**

**Case No.:** 19-73995-reg

*AFFIRMATION IN OPPOSITION*

**PHILLIPS, ARTURA & COX**
Attorneys for Debtors
165 South Wellwood Avenue
Lindenhurst, NY 11757

Service of a copy of the within is hereby admitted.
Dated: _____
Attorney(s) for

**SIR:  PLEASE TAKE NOTICE**

[ ] **NOTICE OF ENTRY:** that the within is a (certified) true copy of a    duly entered in the office of the clerk of the within named court on

[ ] **NOTICE OF SETTLEMENT:** that an order    of which the within is a true copy will be presented for settlement to the HON.    one of the judges of the within court, at    on    at

*Certified pursuant to 22 NYCRR Part 130-1.1-a*

**Dated:**                                              Yours, etc.,


**TO:**                                                **BY: Richard F. Artura, Esq.**
                                                       **Phillips, Artura & Cox**
                                                       **165 South Wellwood Avenue**
**Attorney(s) for:**                                   **Lindenhurst, NY 11757**
                                                       **(631) 226-2100**